## RETURN

Case No.: 25-05619MB

☒ FILED   ☐ LODGED

**Feb 05 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/4/25 | 2/5/25 155 pm | N/A |

INVENTORY MADE IN THE PRESENCE OF   William Akins & James McFeely

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Nothing Seized

## NOT EXECUTED

☐   This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2-5-25

_____
Executing Officer's Signature

James McFeely, Postal Inspector
Printed Name and Title